IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

HECTOR IVAN MENDOZA PALACIOS,      *

            Plaintiff,      *

v.           Case No.  5:25-cv-00536-TES-ALS

      *

SHERIFF MOTTEN et al.,

      *

            Defendants.

      *

**J U D G M E N T**

Pursuant to this Court's Order dated 3/19/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

  This 20th day of March, 2026.

      David W. Bunt, Clerk


      s/ Erin Pettigrew, Deputy Clerk